UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

DAVID PEREZ,

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.
_____/

# **COMPLAINT**

Plaintiff, DAVID PEREZ, sues Defendant, UNITED STATES OF AMERICA, and alleges:

1. This is a claim brought pursuant to the Federal Tort Claims Act ("FTCA"). 28 U.S.C. §2671 et. seq., and Florida State negligence law for damages caused as a result of a motor vehicle collision involving an employee of the United States Postal Service, Lino Tirado.  Notice of Claim was filed by Plaintiff on November 6, 2013, and 180 days since the filing of the notice expired on May 5, 2014, and the Defendant has denied the claim.

2. At all times material hereto, Plaintiff, DAVID PEREZ, was and is a resident of Palm Beach County, Florida.

3. At all times material hereto, Defendant UNITED STATES OF AMERICA is the proper defendant in a claim against the United States Postal Service.

4. At all times material hereto, Lino Tirado, was and is a resident of Palm Beach County, Florida, and was acting within the course and scope of his employment for the United States Postal Service.

DAVID PEREZ v.
Complaint

5. On or about September 6, 2013, Lino Tirado, operated, with the express or implied consent of the United States Postal Service, a motor vehicle on Okeechobee Boulevard, in West Palm Beach, Palm Beach County, Florida.

6. That on or about September 6, 2013, Lino Tirado, was in the course and scope of his employment with the United States Postal Service when he caused a motor vehicle collision to occur with another motor vehicle operated by Plaintiff, DAVID PEREZ.

## COUNT – I
## NEGLIGENCE AGAINST UNITED STATES OF AMERICA

7. Plaintiff realleges and reavers the allegations contained in paragraphs 1 through 6 above as if fully stated herein.

8. At the aforementioned time and place, Lino Tirado, negligently operated or maintained his employer's vehicle so that it collided with the vehicle which Plaintiff, DAVID PEREZ, was driving.

9. That as a direct and proximate result of the foregoing negligence, Plaintiff, DAVID PEREZ, suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability and the Plaintiff will continue to suffer the losses in future.

DAVID PEREZ v.
Complaint

WHEREFORE, Plaintiff, DAVID PEREZ, demands judgment for damages and costs against Defendant, UNITED STATES OF AMERICA.

DATED this __11th__ day of May, 2016.

_____
Mariano Garcia
Florida Board Certified Civil Trial Lawyer
Florida Bar No.: 31143
Attorney E-Mail: mxg@searcylaw.com and,
afm@searcylaw.com
Primary E-Mail: _garciateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9463
Attorney for Plaintiff